

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID ANTHONY STEBBINS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant - Appellee. | No. 24-1936 <br><br> D.C. No. 3:23-cv-00322-TLT <br> Northern District of California, San Francisco <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 3) for summary reversal is denied without prejudice to raising the arguments in the opening brief.

The opening brief is due June 24, 2024. The answering brief is due July 24, 2024. The optional reply brief is due within 21 days after service of the answering brief.