UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Mr. DAVID ANTHONY STEBBINS,

    Plaintiff - Appellant,

 v.

GOOGLE LLC,

    Defendant - Appellee.

No. 24-1936

D.C. No. 3:23-cv-00322-TLT
Northern District of California,
San Francisco

ORDER

The opening brief submitted by Appellant David A. Stebbins is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound on the left side. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT