**24-1936**

IN THE

# United States Court of Appeals

## FOR THE NINTH CIRCUIT

◆◆

MR. DAVID ANTHONY STEBBINS,

*Plaintiff-Appellant,*

—v.—

GOOGLE LLC,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NO. 3:23-CV-00322-TLT, HON. TRINA L. THOMPSON

## DEFENDANT-APPELLEE'S SUPPLEMENTAL EXCERPTS OF RECORD INDEX VOLUME

JEREMY P. AUSTER
WILSON SONSINI GOODRICH
   & ROSATI, P.C.
1301 Avenue of the Americas,
   40th Floor
New York, New York 10019
(212) 999-5800
jauster@wsgr.com

JULIA HU
WILSON SONSINI GOODRICH
   & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, California 90013
(323) 210-2900
julia.hu@wsgr.com

*Attorneys for Defendant-Appellee*

**INDEX**

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 1 of 3** | | | |
| Order Denying Plaintiff's Motion to Set Aside Judgment and Motion to Reconsider | 03/27/24 | 87 | 2–6 |
| Order to Show Cause | 09/13/23 | 75 | 7–8 |
| Order Granting Google's Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 08/31/23 | 71 | 9–26 |
| **VOLUME 2 of 3** | | | |
| Plaintiff's Supplement to Response to Order to Show Cause | 09/24/23 | 82 | 28–32 |
| Plaintiff's Reply in Support of Motion to Set Aside Judgment | 09/17/23 | 81 | 33–37 |
| Exhibit A to Reply – Email Correspondence between Jeremy Auster and David Stebbins | 09/17/23 | 81-1 | 38–40 |
| Plaintiff's Motion for Leave to File Motion for Reconsideration | 09/17/23 | 80 | 41–42 |
| Letter from Ryan Benyamin to the Honorable Trina L. Thompson | 09/15/23 | 79 | 43–44 |
| Exhibit A to Letter – Wilson Sonsini Invoice | 09/15/23 | 79-1 | 45–46 |
| Exhibit B to Letter – Screen Capture of Mr. Stebbins Video | 09/15/23 | 79-2 | 47–48 |

| | | | |
|---|---|---|---|
| Google's Opposition to Plaintiff's Motion to Vacate Judgment | 09/15/23 | 78 | 49–50 |
| Plaintiff's Response to Order to Show Cause | 09/14/23 | 76 | 51–58 |
| Exhibit B to Response – Email Correspondence between Jeremy Auster and David Stebbins | 09/14/23 | 76-2 | 59 |
| Exhibit C to Response – Email Correspondence between Jeremy Auster and David Stebbins | 09/14/23 | 76-3 | 60 |
| Affidavit of David Stebbins | 09/14/23 | 76-4 | 61 |
| Letter from Ryan Benyamin to the Honorable Trina L. Thompson | 09/07/23 | 74 | 62–63 |
| Plaintiff's Motion to Vacate Judgment | 09/01/23 | 73 | 64–78 |
| Plaintiff's Reply in Support of Motion for Leave to File Amended Complaint | 08/06/23 | 69 | 79–84 |
| Google's Opposition to Motion for Leave to File Amended Complaint | 07/31/23 | 68 | 85–88 |
| Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment | 07/21/23 | 64 | 89–97 |
| Exhibit A to Plaintiff's Reply – Email Correspondence between Jeremy Auster and David Stebbins | 07/21/23 | 64-1 | 98 |
| Exhibit B to Plaintiff's Reply – Screen Capture of Video | 07/21/23 | 64-2 | 99–104 |
| Google's Opposition to Motion for Partial Summary Judgment | 07/18/23 | 62 | 105–114 |

| | | | |
|---|---|---|---|
| Plaintiff's Motion for Leave to File Amended Complaint | 07/17/23 | 61 | 115–117 |
| Plaintiff's Proposed First Amended Complaint | 07/17/23 | 61-1 | 118–147 |
| Exhibit to Proposed First Amended Complaint – Report on the Filing or Determination of an Action or Appeal Regarding a Copyright | 07/17/23 | 61-2 | 148 |
| Proposed Order Granting Motion for Leave to File Amended Complaint | 07/17/23 | 61-3 | 149 |
| Plaintiff's Notice of Submitted Matters | 07/13/23 | 60 | 150 |
| Order Denying Plaintiff's Motion for Leave to Appear Remotely and Taking Motions Under Submission | 06/09/23 | 58 | 151–152 |
| Order Denying Plaintiff's Motion for Recusal | 06/09/23 | 57 | 153–155 |
| Plaintiff's Request to Take Motions Under Submission and Motion for Leave to Appear Remotely | 06/06/23 | 55 | 156 |
| Order Denying Plaintiff's Motion for Protective Order | 06/06/23 | 54 | 157–159 |
| Order Granting Google's Motion to Adjust Briefing Schedule for Motion for Summary Judgment | 04/12/23 | 52 | 160–161 |
| **VOLUME 3 of 3** | | | |
| Plaintiff's Motion for Partial Summary Judgment | 04/03/23 | 49 | 163–168 |
| Google's Response to Statement of Recent Decision | 03/30/23 | 44 | 169–171 |
| Plaintiff's Statement of Recent Decision | 03/29/23 | 42 | 172 |

| | | | |
|---|---|---|---|
| Exhibit A to Plaintiff's Statement – Order in *Stebbins v. Rebolo*, Case No. 22-cv-546-JSW (N.D. Cal. Mar. 28, 2023) | 03/29/23 | 42-1 | 173–176 |
| Google's Reply in Support of Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/27/23 | 41 | 177–195 |
| Plaintiff's Reply in Support of Motion to Strike Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/22/23 | 40 | 196–199 |
| Google's Opposition to Motion to Strike Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/16/23 | 38 | 200–205 |
| Plaintiff's Opposition to Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/16/23 | 36 | 206–233 |
| Exhibit A to Opposition – University of California Checklist for Fair Use Form | 03/16/23 | 36-1 | 234–235 |
| Exhibit B to Opposition – Photographs | 03/16/23 | 36-2 | 236–237 |
| Exhibit C to Opposition – Email Correspondence between Roy Miller and David Stebbins | 03/16/23 | 36-3 | 238–240 |
| Exhibit D to Opposition – Email Correspondence between David Stebbins and Unknown Person | 03/16/23 | 36-4 | 241–243 |
| Order Denying Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss | 03/08/23 | 35 | 244 |
| Plaintiff's Motion for Extension of Time to Respond to Google's Motion to Dismiss | 03/07/23 | 34 | 245 |
| Exhibit A to Plaintiff's Motion – Email Chain between Jason Mollick, Robert McNamee and David Stebbins | 03/07/23 | 34-1 | 246–248 |
| Exhibit B to Plaintiff's Motion – Proposed Order Granting Extension of Time | 03/07/23 | 34-2 | 249 |

| | | | |
|---|---|---|---|
| Plaintiff's Motion to Strike Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/07/23 | 32 | 250–255 |
| Google's Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/06/23 | 31 | 256–287 |
| Declaration of Jason Mollick in Support of Google's Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/06/23 | 31-1 | 288–291 |
| Exhibit A to Declaration of Jason Mollick – Image of Acerthorn The True Acerthorn Channel | 03/06/23 | 31-2 | 292–293 |
| Declaration of Neha Reddy in Support of Google's Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/06/23 | 31-3 | 294–295 |
| Exhibit A to Declaration of Neha Reddy – Acerthorn The True Acerthorn Channel Icon | 03/06/23 | 31-4 | 296–297 |
| Exhibit B to Declaration of Neha Reddy – Banner Image from Acerthorn The True Acerthorn Channel | 03/06/23 | 31-5 | 298–299 |
| Proposed Order Granting Google's Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant | 03/06/23 | 31-6 | 300 |
| Plaintiff's Reply in Support of Motion for a Protective Order | 02/27/23 | 29 | 301–306 |
| Google's Opposition to *Ex Parte* Motion for Protective Order | 02/27/23 | 18 | 307–310 |
| Plaintiff's *Ex Parte* Motion for Protective Order | 02/10/23 | 11 | 311–316 |
| Order Granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* | 01/24/23 | 6 | 317 |
| Corrected Complaint | 01/24/23 | 5 | 318–326 |

| | | | |
|---|---|---|---|
| Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* | 01/20/23 | 2 | 328–329 |
| Complaint | 01/20/23 | 1 | 330–336 |
| Plaintiff's Notice of Appeal | 03/28/24 | 88 | 337–338 |
| District Court Docket Entries | N/A | N/A | 339–350 |