UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DAVID STEBBINS                                                                                          APPELLANT

VS.                                          CASE 24-1936

GOOGLE LLC                                                                                                APPELLEE

## MOTION FOR EXEMPTION FROM HAVING TO FILE
## PAPER COPIES OF REPLY BRIEF

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Exemption from Having to File Paper Copies of the Opening and Reply Brief.

1. I have submitted my Reply Brief in this action.

2. When the Clerk's Office finally accepts that Brief for filing, it will inevitably direct me to file six paper copies of that same brief with the Court.

3. I am proceeding in forma pauperis, so this is very expensive for me. Fortunately, on July 23, 2024, I spoke on the phone with an employee of the Clerk's Office, who offered me an alternative: Requesting, by motion, an exemption from this requirement. She said this was a routine thing that the Clerk's Office regularly does.

4. I recorded that phone call. Because she worked for a federal government body, and the federal government is a one-party consent jurisdiction, this was legal. Even if California's state laws applied and mutual consent was required, I told her during the call that I was recording it for my own records, and she didn't mind.

5. That said, you can listen to the call by going to the following URL:

https://www.youtube.com/watch?v=QrTpafevEk8

6. At timestamp 5:30, she told me to file this initially as a Motion to Strike Filing when I file this with ACMS, and that the Clerk's Office will re-file it as a motion for miscellaneous relief. So that is what I am doing.

So requested on this, the 6th day of November, 2024.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Case No. 24-1936                                     -1-