UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

DAVID STEBBINS                                                          APPELLANT

VS.                                        CASE 24-1936

GOOGLE LLC                                                              APPELLEE

### MOTION FOR PANEL REHEARING OR IN THE
### ALTERNATIVE FOR EN BANC REHEARING

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Panel Rehearing or in the Alternative for En Banc Rehearing in the above-styled action.

1.      There were multiple arguments I raised in the Briefs that this Court's memorandum opinion did not address at all, including but not limited to...

(a)      Unclean hands as a counter-defense to fair use,

(b)      The finding that I was seeking only to silence criticism was entirely without merit,

(c)      The fact that I was entirely deprived of any iota of due process when the district court ordered me to delete the recording,

(d)      Even if the recording raised "privacy concerns," it didn't matter because it was compliant with the laws of all arguably-applicable jurisdictions,

2.      And many other arguments that this Court ignored entirely.

3.      I therefore respectfully ask that the Court re-open this matter and properly address those arguments, as well as all the other arguments I raised that completely ignored.

4.      If the Panel refuses to rehear the matter, then I respectfully ask that the entire court, en banc, agree to rehear the matter and issue proper rulings on the arguments which the panel did not.

So requested on this, the 4th day of June, 2026.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Case No. 24-1936                           -1-