UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant - Appellee. | No. 24-1936<br><br>D.C. No.<br>3:23-cv-00322-TLT<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: RAWLINSON, FRIEDLAND, and VANDYKE, Circuit Judges.

The panel voted to deny the Petition for Panel Rehearing.

Judges Rawlinson, Friedland and VanDyke voted to deny the Petition for

Rehearing En Banc.

The full court has been advised of the Petition for Rehearing En Banc, and

no judge of the court has requested a vote.

The Motion for Panel Rehearing or in the Alternative for En Banc

Rehearing, filed June 4, 2026, is DENIED.